**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| KAILASH RATHI and CASEY TART, on behalf of themselves, all others similarly situated, and as representative of a class of participants and beneficiaries on behalf of the Employees Savings and Retirement Plan of Credit Suisse,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE SECURITIES USA LLC, THE EMPLOYEE BENEFITS COMMITTEE OF CREDIT SUISSE, and DOES 1-20,<br><br>Defendants. | Case No.: 26-CV-00762-UNA<br><br>**MOTION AND ORDER FOR ADMISSION PRO HAC VICE** |

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Jack Fitzgerald, Melanie R. Monroe, and Trevor Flynn of Fitzgerald Monroe Flynn PC to represent Plaintiffs Kailash Rathi and Casey Tart in this matter.

Respectfully Submitted,

Dated: June 30, 2026

/s/ William J. Rhodunda, Jr.
William J. Rhodunda, Jr. (SBN 002774)
**Rhodunda, Williams and Kondraschow, LLC**
1521 Concord Pike, Suite 205
Wilmington, DE 19803
(302) 576-2000

**Attorney for Plaintiffs Kailash Rathi and Casey Tart**

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: ___________________

___________________________________
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5 I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 30, 2026

/s/ Jack Fitzgerald
Jack Fitzgerald
**Fitzgerald Monroe Flynn PC**
2341 Jefferson St., Ste. 200
San Diego, CA 92110
Phone: (619) 215-1741
Email: jfitzgerald@fmfpc.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5 I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 30, 2026

/s/ Melanie R. Monroe

Melanie R. Monroe
**Fitzgerald Monroe Flynn PC**
2341 Jefferson St., Ste. 200
San Diego, CA 92110
Phone: (619) 215-1741
Email: mmonroe@fmfpc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5 I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 30, 2026

/s/ Trevor Flynn

Trevor Flynn
**Fitzgerald Monroe Flynn PC**
2341 Jefferson St., Ste. 200
San Diego, CA 92110
Phone: (619) 215-1741
Email: tflynn@fmfpc.com