**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KAILASH RATHI and CASEY TART, on behalf of themselves, all others similarly situated, and as representative of a class of participants and beneficiaries on behalf of the Employees Savings and Retirement Plan of Credit Suisse,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE SECURITIES USA LLC, THE EMPLOYEE BENEFITS COMMITTEE OF CREDIT SUISSE, and DOES 1-20,<br><br>Defendants. | Case No. 1:26-cv-00762-JLH<br><br>Judge: Hon. Jennifer L. Hall |

**JOINT STIPULATION TO TRANSFER VENUE PURSUANT TO U.S.C. § 1404(a)**

WHEREAS, on June 27, 2026, Plaintiffs Kailash Rathi and Casey Tart, on behalf of themselves, all others similarly situated, and as representative of a class of participants and beneficiaries on behalf of the Employees Savings and Retirement Plan of Credit Suisse ("Plaintiffs") filed a complaint against Defendants Credit Suisse Securities USA LLC, The Employee Benefits Committee of Credit Suisse, and Does 1-20 ("Defendants") alleging that Defendants have breached their fiduciary duty under the Employee Retirement Income Security Act of 1974 (Dkt. 1);

WHEREAS, Plaintiffs served Defendants on July 14, 2026 (Dkt. 6);

WHEREAS, pursuant to 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district

or division where it might have been brought or to any district or division to which all parties have consented";

WHEREAS, the Employees Savings and Retirement Plan of Credit Suisse is administered from Raleigh, North Carolina; Plaintiffs were employed in Raleigh, North Carolina during the period relevant to their claims in this case; and, likely witnesses, including administrative staff for the Plan, are located in Raleigh, North Carolina, such that this action could have been brought in the United States District Court for the Eastern District of North Carolina, and the convenience of the parties and witnesses and the interest of justice favor transfer of this action to that district;

WHEREAS, Plaintiffs and Defendants all consent to transferring this action to the United States District Court for the Eastern District of North Carolina;

WHEREAS, in light of the requested transfer, the parties further stipulate and agree that Defendants' deadline to answer, move, or otherwise respond to the Complaint be extended to August 25, 2026, or to such other date as ordered by the United States District Court for the Eastern District of North Carolina.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that this action shall be transferred to the United States District Court for the Eastern District of North Carolina pursuant to 28 U.S.C. § 1404(a).

Dated: July 31, 2026

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Jennafer M. Tryck

Jennafer M. Tryck
jtryck@gibsondunn.com
3161 Michelson Drive Suite 1200
Irvine, CA 92612-4412
Telephone: 949.451.4089

Attorneys for Defendants
CREDIT SUISSE SECURITIES USA LLC, THE EMPLOYEE BENEFITS COMMITTEE OF CREDIT SUISSE, and DOES 1-20

Dated: July 31, 2026

RHODUNDA WILLIAMS & KONDRASCHOW

*/s/ William J. Rhodunda, Jr.*

1521 Concord Pike, Suite 205
Wilmington, DE 19803
302-576-2000
Bill@rawlaw.com

-and-

FITZGERALD MONROE FLYNN, P.C.

By: */s/ Trevor Flynn*

Trevor Flynn
tflynn@fmfpc.com
2341 Jefferson Street, Suite 200
San Diego, California 92110
Telephone: 619.215.1741

Attorneys for Plaintiff(s)
KAILASH RATHI and CASEY TART, on behalf of themselves, all others similarly situated, and as representative of a class of participants and beneficiaries on behalf of the Employees Savings and Retirement Plan of Credit Suisse